## AHOYIAN ET AL. *v.* MASSACHUSETTS TURNPIKE AUTHORITY ET AL.

No. 473.   Decided December 3, 1962.

*J. Fleet Cowden* for appellants.

*Edward O. Proctor, Arthur E. Sutherland* and *Kevin Hern* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## NAPIER *v.* UNITED STATES ET AL.

No. 452, Misc.   Decided December 3, 1962.

Appellant *pro se.*

*Solicitor General Cox* for the United States et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.